### AFFIDAVIT OF SERVICE
### CERTIFIED MAIL RETURN RECEIPT REQUESTED

RE:   **JPMorgan Chase Bank, N. A. v Rona Maurer, et al.**
      Case No.: 13 CV 3302

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF NASSAU   )

    SHERONDA TOPPIN, being duly sworn, deposes and says:

    I am not a party to the within action, am over 18 years of age, and reside in Westbury, New York.

    On May 17, 2013, I served the within **Summons, Complaint, Civil Cover Sheet and FRCP 7.1 Statement** via Certified Mail, Return Receipt Requested, by depositing a true copy thereof, enclosed in a post-paid wrapper, into the exclusive care and custody of the U.S. Postal Service within New York State, addressed as shown below:

    I certify that as of June 26, 2013 the above referenced documents were not returned undeliverable.

TO:    Rona Maurer
        145 Central Park W. Apt. 5
        New York, New York 10023
        Receipt No: 7012 3460 0000 4963 2722

        Rose Roseman
        303 W. 66th Street, Apt. 16DE
        New York, New York 10023
        Receipt No: 7012 3460 0000 4963 2739

        Shirley Watstein
        3173 Carbondale Street
        Las Vegas, Nevada 89135
        Receipt No: 7012 3460 0000 4963 2746

        Lisa M. Bishop
        4018 Ballina Drive
        Encino, California 91436
        Receipt No: 7012 3460 0000 4963 2753

        Martin Bregman
        417 Park Ave, Apt. 6W
        New York, New York 10022
        Receipt No: 7012 3460 0000 4963 2760

Donna Ward
351 E. 84th Street, Apt. 32C
New York, New York 10028
Receipt No: 7012 3460 0000 4963 2777

Nicole Leguizamo a/k/a Justine Leguizamo
51 W. 9th Street
New York, New York 10011
Receipt No: 7012 3460 0000 4963 2791

Andrea M. Zauflik
13939 S. Tamarack Dr
Plainfield, IL 60544-6354
Receipt # 7012 3460 0000 4963 2814

Mona Poh Tay a/k/a Poh C. Tay
9211 52nd Avenue, Apr. 2
Elmhurst, New York 11373
Receipt No: 7012 3460 0000 4963 2784

_____
SHERONDA TOPPIN

Sworn to before me on this
26th day of June, 2013

_____
NOTARY PUBLIC

ANDREW C. SWART
Notary Public - State of New York
No. 01SW6266566
Qualified in Suffolk County
Commission Expires August 06, 2016